UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS, | No. 2:24-cv-01562-CKD |
| Plaintiff, | |
| v. | ORDER |
| JUDY LANSCHOOT, ET AL., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to amend his first amended complaint. (ECF No. 9.) Defendants have not yet appeared in this matter. Based on the absence of opposition, the matter is deemed submitted on the record without the need for oral argument pursuant to Local Rule 230(g).

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend a pleading once as a matter of course before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be given freely when justice so requires." *AmerisourceBergen Corp. v. Dialysist West, Inc*., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). The district court may deny a motion to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile. *Bowles v. Reade*, 198 F.3d 752, 757-58 (9th Cir. 1999).

1

Plaintiff initiated this action with the filing of his original complaint on June 2, 2024. (ECF No. 1.) On June 19, 2024, Plaintiff filed his first amended complaint. (ECF No. 5.) In his motion, Plaintiff indicates he seeks to amend his first amended complaint to add a new defendant, PB Valley, LLC. (ECF No. 9 at 3.) Plaintiff states he was unaware that the real property had been transferred to a new owner, PB Valley, LLC prior to his initial filing. *Id.* The Court finds no evidence of prejudice, bad faith, undue delay in litigation, or futility. Review of the docket indicates Defendants have not been served or have otherwise appeared in this matter. Accordingly, Plaintiff's motion to amend will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The September 11, 2024, hearing (ECF No. 10) is VACATED;
2. Plaintiff's motion to amend (ECF No. 9) is GRANTED; and
3. Within five (5) days of entry of this order, Plaintiff shall file the lodged Second Amended Complaint (ECF No. 9-3) as a standalone docket entry.

Dated: August 26, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, ramo1562.24