```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Oscar Ramos
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>    Plaintiff,<br><br>Vs.<br><br>Judy Landschoot, et al.,<br><br>    Defendants. | Case Number: 2:24-cv-01562-DJC-CKD<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff Oscar Ramos, and defendants, Judy Landschoot, Brian Landschoot, Sally Dohr, and PB Valley, LLC (together, "Defendants") (collectively referred to herein as "the Parties") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Judy Landschoot, Brian Landschoot, Sally Dohr is Marco A. Lucido of Fenton & Keller; attorney for defendant PB Valley, LLC is Rachelle Taylor Golden of Golden Law A.P.C.), hereby stipulate as follows:

1. The Parties entered into a written Settlement Agreement and General Release in this matter and have agreed to the dismissal of the above-captioned action with prejudice, all parties to bear their own respective attorney fees and costs.

2. This written settlement contemplates dismissal of this action as against all defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos                  2/7/2025

1 | Golden Law A.P.C. – By: Rachelle Taylor Golden /s/ Rachelle Taylor Golden
2 | Attorney for defendant PB Valley, LLC                                    2/7/2025
3 |
4 | Fenton & Keller – by Marco A. Lucido /s/ Marco A. Lucido
5 | Attorney for defendants Judy Landschoot, Brian Landschoot, Sally Dohr    2/7/2025

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on February 7, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys Marco A. Lucido and Rachelle Taylor Golden, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Judy Lanschoot, et al., Case No. 24-1562 CKD, is dismissed with prejudice with respect to all defendants, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: February 10, 2025

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA

UNITED STATES DISTRICT JUDGE